# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

WILLIAM G. MOORE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. CR95-5415

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendants William G. Moore's Motion for Reconsideration the Court's Order of August 11, 2008, denying [227] Motion for New Trial; denying [ 230] Motion for Release; denying [231] Motion for Return of Property/Post-Trial. The Court, having considered the Defendant's pleadings and the balance of the record, finds that the motion should be denied.

Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Defendant has not made the requisite showing as to either of the

ORDER - 1

grounds for reconsideration under CR 7(h)(1). Defendant attempts to use this motion to revisit the factual and legal arguments made in numerous and superfluous motions filed in this Court . The Court is not persuaded by this reargument. Defendant's motion does not demonstrate a manifest error in the Court's prior ruling dismissing the petition nor does it provide the Court with any new information not previously considered.

## CONCLUSION

For the reasons set forth above, Defendant's Motion for Reconsideration will be denied. **DENIED**.

ACCORDINGLY,

IT IS ORDERED:

(1) Defendant's Motion for Reconsideration [Dkt #234 and 235] is **DENIED**.

(2) The Court will not consider any further pleadings filed in this matter.

DATED this 26th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2